CALVIN E. HULL, Appellant, *v.* ADELBERT CRONK et al., Respondents.

*Hull* v. *Cronk*, 55 App. Div. 83, appeal dismissed.
(Submitted March 11, 1901; decided March 19, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that the Appellate Division has unanimously decided that there was evidence supporting the findings of the trial court and has not allowed the appeal nor certified that a question of law has arisen which ought to be reviewed by the Court of Appeals, and that there is no question involved which this court has jurisdiction to review.

*Irving W. Cole* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.